[No. 4624-9-III. Division Three. January 18, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. EDDIE REYNOLDS, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 75291, Yancey Reser, J., entered May 11, 1981. *Affirmed* by unpublished opinion per Roe, C.J., concurred in by Green and Munson, JJ.

[Nos. 4754-7-III; 4767-9-III. Division Three. January 18, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. EDWARD L. MILAM, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. PATRICK MICHAEL SIERRA, *Appellant.*

Appeals from a judgment of the Superior Court for Yakima County, No. 81-1-00252-3, Walter A. Stauffacher, J., entered September 10, 1981. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Roe, C.J., and Munson, J.

[No. 5348-2-III. Division Three. January 20, 1983.]

RIDIN' RENTAL, INC., *Appellant,* v. FAIRCHILD GENERAL FREIGHT, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 78-2-00141-5, Howard Hettinger, J., entered August 13, 1982. *Affirmed* by unpublished per curiam opinion.